**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2007

**SO ORDERED**

*[signature]*

HON. GEORGE B. DANIELS

JAN 0 9 2008

**BY FACSIMILE**

Honorable George B. Daniels
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: <u>United States v. Carmen Cicalese et al.</u>
     07 Cr. 1125

Dear Judge Daniels:

   The Government writes with regard to the status of the above-referenced case, which was assigned to your Honor yesterday after the indictment was unsealed. Six defendants – Julius Migdal, Marc Group, Federico Sementini, Carl Muraco, Keith Eagle and Andrew Farro – were arrested and presented in this district yesterday, and were arraigned in United States Magistrate Court at the direction of your chambers. Defendant Francis Pugliese surrendered and was arraigned today; Patrick Cicalese is expected to surrender and be arraigned tomorrow. Langhorn Carter Rorer was arrested and presented in the District of Maryland and Louie Santos was arrested and presented in the District of Massachusetts. Bail was set for all arrested defendants.

   An initial appearance before your Honor has been scheduled for January 30, 2008 at 9:30 a.m. The Government moves to exclude time under the Speedy Trial Act until that conference. Time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) so defendants Santos and Rorer can make appearances in this district. Additionally, the Government submits that time should be excluded under 18 U.S.C. § 3161(h)(8)(A) in the interests of justice to (1) give certain defendants an opportunity to retain counsel to represent them in this district and (2) for the purposes of plea discussions. The Government submits that such an exclusion is in the interests of justice and outweighs the needs of the defendants or public in a speedy trial. The government has spoken to all counsel for defendants who appeared in this district yesterday and today and no defense

counsel objected to this request.

          Respectfully submitted,

          MICHAEL J. GARCIA
          United States Attorney

By: _____
          Arlo Devlin-Brown
          Assistant United States Attorney
          (212) 637-2506

cc: James DiPietro, Esq.
    (counsel for Keith Eagle)

    John Bruno, Esq.
    (counsel for Andrew Farro)

    Kenneth Schreiber, Esq.
    (counsel for Marc Group)

    Jennifer Brown, Esq.
    (counsel for Julius Migdal)

    Ivan Fisher, Esq.
    (counsel for Carl Muraco)

    Anthony Siriano, Esq.
    (counsel for Francis Pugliese)

    Anthony Como, Esq.
    (counsel for Federico Sementini)