[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUL 0 7 2008]

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2008

**SO ORDERED**
The conference is adjourned to
September 10, 2008 at 10:00 a.m.

JUL 0 7 2008  *George B. Daniels*
**HON. GEORGE B. DANIELS**

**BY FACSIMILE**
Honorable George B. Daniels
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Carmen Cicalese et al.**
07 Cr. 1125

Dear Judge Daniels:

The Government writes with regard to the status of the above-referenced case. All of the defendants who have appeared in the case have pled guilty except for three defendants: Julius Migdal, Patrick Cicalese and Langhorn Carter Rorer. The Government is in plea discussions with respect to each of these defendants. The Government requests that the conference set for July 9, 2008 be adjourned and a status conference set in early September. At that date, any of the remaining three defendants who have not yet pled guilty can advise the Court of any motions and a trial date can be set as necessary.

The Government seeks an exclusion of time until a any new conference date. Defense counsel consent to this adjournment. The Government submits that time should be excluded under 18 U.S.C. § 3161(h)(8)(A) in the interests of justice is in the interests of justice and outweighs the needs of the defendants or public in a speedy trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Arlo Devlin-Brown
Assistant United States Attorney
(212) 637-2506

cc: Mark Baker, Esq.
(Counsel for Patrick Cicalese)

David Cohen, Esq.
(counsel for Julius Migdal)

John Mitchell, Esq.
(counsel for Louis Brown)